**Marshall Meyers (020584)**
**WEISBERG & MEYERS, LLC**
**5025 North Central Ave., #602**
**Phoenix, AZ 85012**
**602 445 9819**
**866 565 1327 facsimile**
**mmeyers@AttorneysForConsumers.com**
**Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Driesen, | Case No. 3:10-cv-08245-MEA |
| Plaintiff, | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| The Receivable Management Services Corporation dba RMS, | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Arizona, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 29th day of June, 2011.

<u>By:s/Marshall Meyers</u>
   **Marshall Meyers**
   **WEISBERG & MEYERS, LLC**
   **5025 North Central Ave., #602**
   **Phoenix, AZ 85012**
   **602 445 9819**
   **866 565 1327 facsimile**
   **mmeyers@AttorneysForConsumers.com**
   **Attorney for Plaintiff**

1  Filed electronically on this 29th day of June, 2011, with:

2  United States District Court CM/ECF system

3

4

5  By: s/Jessica DeCandia
      Jessica DeCandia
6

7

8

...

28